the initial inclusion and search at the defendant's residence was justified as part and parcel of the arrest, it follows that the search at the county building was likewise justified when done immediately after the defendant was booked.

There being no error in the trial of this case, the judgment is accordingly affirmed.

Judgment affirmed.

TRAPP, P. J., and SIMKINS, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. HOWARD G. WOODSON, Defendant-Appellant.

(No. 11595;

Fourth District—March 1, 1973.

Opinion by Mr. JUSTICE SMITH.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, (Scott B. Diamond, Assistant State's Attorney, of counsel,) for the People.